No. 533.   DUPARQUET HUOT & MONEUSE CO. ET AL. *v.* EVANS ET AL.   November 25, 1935.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second

570

Circuit granted. *Messrs. Mark M. Horblit* and *Harold Harper* for petitioners. *Mr. Daniel A. Shirk* for respondents.